UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIANE CHAPMAN,

      Plaintiff,

v.                                   Civil Action No.: 3:09-CV-00637-HLA-JRK

H&P CAPITAL, INC.,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, H&P CAPITAL, INC.

Defendant, H&P Capital, Inc. (H&P), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that plaintiff and H&P have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                      Respectfully Submitted,

                                      /s/ Kenneth C. Grace, Esq. - 0658464
                                      Kenneth C. Grace, Esq.
                                      Florida Bar No.: 0658464
                                      Sessions, Fishman, Nathan & Israel, LLP
                                      9009 Corporate Lake Drive, Suite 300-S
                                      Tampa, Florida 33634
                                      Telephone No.: (813) 890-2465
                                      Facsimile No.: (813) 889-9757
                                      kgrace@sessions-law.biz

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of September 2009, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Matthew W. Kiverts, Esq.
Jeffrey Speigel, Esq.
Krohn & Moss, LTD
120 W. Madison Street, 10th Floor
Chicago, IL 60602

/s/ Kenneth C. Grace, Esq. - 0658464
Attorney

N:\H&P Capital (9308)\Chapman, Diane (9308-09-25029)\Pleadings\Chapman - Notice of Pending Settlement.doc