UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIANE CHAPMAN,

    Plaintiff,

v.                                                      Case No. 09-CV-00637

H & P CAPITAL, INC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

       DIANE CHAPMAN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, H & P CAPITAL, INC (Defendant), in this case. Both sides to bear their own costs and expenses.

                              RESPECTFULLY SUBMITTED,

                                        By: /s/ Matthew W. Kiverts
                                              Matthew W. Kiverts
                                              FBN: 0013143
                                              KROHN & MOSS, LTD.
                                              120 W. Madison St., 10th Fl.
                                              Chicago, Illinois 60602
                                              T: (312) 578-9428 ext. 203
                                              F: (866) 802-0021
                                              *Attorney for Plaintiff*

1